An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE PARETNAL RIGHTS OF: TAYLOR STARR; RYKER STARR AND ZOEY STARR, MINORS,

DANA STARR,
Appellant,
vs.
TAYLOR STARR; ZOEY STARR; RYKER STARR; AND STATE OF NEVADA DEPARTMENT OF FAMILY SERVICES,
Respondents.

No. 65301

**FILED**

JUL 2 8 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

### *ORDER DISMISSING APPEAL*

This is a proper person appeal docketed in this court on March 28, 2014, without payment of the requisite filing fee. On that same day, this court issued a notice directing appellant to pay the filing fee within ten days. The notice further advised that failure to pay the filing fee within the ten days would result in the dismissal of this appeal. To date, appellant has not paid the filing fee or otherwise responded to this court's notice. Accordingly, cause appearing, this appeal is hereby dismissed.[1]

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

---

[1]In light of this order, respondent's motion and the minor children's joinder requesting the court to dismiss this appeal are denied as moot.

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

14-24554

cc:  Hon. Frank P. Sullivan, District Judge, Family Court Division
     Dana Starr
     Holland & Hart LLP/Las Vegas
     Clark County District Attorney
     Eighth District Court Clerk